1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  DEBORAH M. SMITH, State Bar No. 208960
   Supervising Deputy Attorney General
3  CHRISTINA MORKNER BROWN, State Bar No. 258479
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6395
6   Fax: (916) 322-5609
    E-mail: Christina.Morkner@doj.ca.gov
7  *Attorneys Specially Appearing for Cross-Defendant
   California Tahoe Conservancy*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY,<br><br>                        **Plaintiff,**<br><br>v.<br><br>MOUNTAIN ADDICTION, LLC, JUSTIN SHEAFF,<br><br>                        **Defendant.** | 2:20-cv-00945-TLN-KJN<br><br>**ORDER**<br><br>Date:<br>Time:<br>Dept:<br>Judge:     Honorable Troy L. Nunley<br>Trial Date:  None Set<br>Action Filed:  9/17/2020 |
| MOUNTAIN ADDICTION, LLC, JUSTIN SHEAFF,<br><br>                        **Cross-Claimant,**<br><br>v.<br><br>CALIFORNIA TAHOE CONSERVANCY,<br><br>                        **Cross-Defendant.** | |

1

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY GRANTS the Parties' stipulation to extend the time for Cross-Defendant to sign and return the waiver of service of process until 30 days after the Court rules on Cross-Defendant's pending motion to dismiss, and if the Court denies the pending motion, Cross-Defendant shall file its response to the Cross-Claim within 60 days of the Court's ruling.

Dated:  March 5, 2021

Troy L. Nunley
United States District Judge