JOHN L. MARSHALL (Cal. Bar No. 145570)
TAHOE REGIONAL PLANNING AGENCY
128 Market Street
Stateline Nevada, 89449
Tel: (775) 303-4882
jmarshall@trpa.gov

MARSHA A. BURCH (Cal. Bar No. 170298)
LAW OFFICE OF MARSHA A. BURCH
131 S. Auburn Street
Grass Valley, CA 95945
Tel: (530) 272-8411
mburchlaw@gmail.com

Attorneys for Plaintiff
Tahoe Regional Planning Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY, <br><br> Plaintiff, <br><br> vs. <br><br> MOUNTAIN ADDICTION LLC, JUSTIN SHEAF, <br><br> Defendants. | Case No. 2:20-cv-00945-TLN-KJN <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** <br><br> Judge: Honorable Troy L. Nunley |

Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the scheduling order entered on May 8, 2020 (Dkt. No. 3)[1] be modified by extending the discovery

---

[1] "Dkt. No." refers to the docket number entry for the Court's electronic filing system.

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER     1

and dispositive motions deadlines by an additional 30 days, to August 19, 2021, and February 17, 2022, respectively.

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.* (9th Cir. 1992) 975 F.2d 604, 607 (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co*. (9th Cir. 2002) 302 F.3d 1080, 1087 (quoting Johnson, 975 F.2d at 607).

Good cause exists for this extension. The parties have required some additional time to respond to discovery, and there has been cooperation in this regard. The parties anticipate that there will be additional requests to extend deadlines with respect to the Scheduling Order entered on May 8, 2020. The reason for the request of this extension and future extensions relates to the pendency of the motions to dismiss filed by the Tahoe Regional Planning Agency and the California Tahoe Conservancy against the third party cross-claim filed by Mountain Addiction, LLC and Justin Sheaff. Dkt. Nos. 10 and 19. These motions are currently pending and the clerk of the court has informed attorneys for defendants Mountain Addiction, LLC and Justin Scheaff that the motions could remain under submission for potentially six months. Accordingly, the parties understand that there is uncertainty as to the issues, parties, evidence and witnesses involved in this action.

For these reasons, the parties ask the Court to extend the discovery deadline to August 19, 2021, and the dispositive motion deadline to February 17, 2022.

| | | |
|---|---|---|
| DATED: July 12, 2021. | | Respectfully submitted,<br>TAHOE REGIONAL PLANNING AGENCY |
| | | By: /s/ John L. Marshall |
| | | Attorney for Plaintiff,<br>Tahoe Regional Planning Agency<br>jmarshall@trpa.gov |
| DATED: July 12, 2021. | | Respectfully submitted,<br>LAW OFFICE OF MARSHA A. BURCH |
| | | By: /s/ Marsha A. Burch |
| | | Attorney for Plaintiff,<br>Tahoe Regional Planning Agency<br>mburchlaw@gmail.com |
| DATED: July 12, 2021. | | Respectfully submitted,<br>PORTER SIMON,<br>PROFESSIONAL CORPORATION |
| | | By: /s/ Lou Basile |
| | | Attorney for Defendants,<br>Mountain Addiction, LLC and<br>Justin Sheaf<br>basile@portersimon.com |

IT IS SO ORDERED. The discovery deadline is extended to August 19, 2021, and the dispositive motion filing deadline is extended to February 17, 2022.

Dated: July 12, 2021

_____
Troy L. Nunley
United States District Judge