JOHN L. MARSHALL (Cal. Bar No. 145570)
TAHOE REGIONAL PLANNING AGENCY
128 Market Street
Stateline Nevada, 89449
Tel: (775) 303-4882
jmarshall@trpa.gov

MARSHA A. BURCH (Cal. Bar No. 170298)
LAW OFFICE OF MARSHA A. BURCH
131 S. Auburn Street
Grass Valley, CA 95945
Tel: (530) 272-8411
mburchlaw@gmail.com

Attorneys for Plaintiff
Tahoe Regional Planning Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOUNTAIN ADDICTION LLC, JUSTIN SHEAF,<br><br>　　　　Defendants. | Case No. 2:20-cv-00945-TLN-KJN<br><br>**SECOND STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Judge: Honorable Troy L. Nunley |

Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the order entered on July 13, 2021 (Dkt. No. 30)[1] be modified by extending the discovery and dispositive

---

[1] "Dkt. No." refers to the docket number entry for the Court's electronic filing system.

SECOND STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER                    1

motions deadlines by an additional 120 days, to December 17, 2021, and June 20, 2022, respectively.

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.* (9th Cir. 1992) 975 F.2d 604, 607 (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co*. (9th Cir. 2002) 302 F.3d 1080, 1087 (quoting Johnson, 975 F.2d at 607).

Good cause exists for this extension. The parties have required some additional time to respond to discovery, and there has been cooperation in this regard.

For these reasons, the parties ask the Court to extend the discovery deadline to December 17, 2021, and the dispositive motion deadline to June 20, 2022.

DATED: August 16, 2021.   Respectfully submitted,
TAHOE REGIONAL PLANNING AGENCY

By: /s/ John L. Marshall

Attorney for Plaintiff,
Tahoe Regional Planning Agency
jmarshall@trpa.gov

DATED: August 16, 2021.   Respectfully submitted,
LAW OFFICE OF MARSHA A. BURCH

By: /s/ Marsha A. Burch

Attorney for Plaintiff,
Tahoe Regional Planning Agency
mburchlaw@gmail.com

SECOND STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER   2

DATED: August 16, 2021.

Respectfully submitted,
PORTER SIMON,
PROFESSIONAL CORPORATION

By: /s/ Lou Basile

Attorney for Defendants,
Mountain Addiction, LLC and
Justin Sheaf
basile@portersimon.com

IT IS SO ORDERED. The discovery deadline is extended to December 17, 2021, and the dispositive motion deadline is extended to June 20, 2022.

Dated: August 17, 2021

Troy L. Nunley
United States District Judge

SECOND STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

3